IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ZACHARY HARRIS,

        Petitioner,

v.

BRIAN BELLEQUE,

        Respondent.

Civil No. 07-1668-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus (#19) is GRANTED.

    IT IS SO ORDERED.

    DATED this __5th__ day of June, 2008.

                          /s/ John V. Acosta
                            John V. Acosta
                            United States Magistrate Judge